UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH INFO@DIGITALNET.US AND IMRAN.ALRAI@DIGITALNET.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 18-mj-216-AJ<br><br>Filed Under Seal |

MOTION TO EXTEND SEAL UNTIL FEBRUARY 1, 2019

The United States of America respectfully moves to extend the seal of the entire matter relating to the Application for a Search Warrant, including the Search Warrant and the resulting return in the above-captioned case at Level I until February 1, 2019. These documents contain sensitive information, which, if prematurely released, may result in reputational or financial harm to the alleged organizational victim in the case.

Respectfully submitted,

Dated: December 4, 2018

SCOTT W. MURRAY
United States Attorney

Motion ☐ Granted    ☐ Denied

By: /s/ John S. Davis
John S. Davis
Assistant United States Attorney
State Bar # 592
53 Pleasant Street, 4th Floor
Concord, NH 03301
john.davis8@usdoj.gov

Andrea K. Johnstone
United States Magistrate Judge

1